UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – ARRAIGNMENT

Case No. 2:24-CR-00579-JFW-001　　　　　　　　　　　　　　　Date: 12/18/2024

Present: The Honorable: Jacqueline Chooljian, United States Magistrate Judge

Interpreter N/A　　　　　　　　　　　　　　　　　　　　　Language N/A

| Kerri Hays | 12/18/2024 | Joshua Lee |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s)　✓ Present　In Custody | Attorneys for Defendants:　✓ Present　DFPD |
|---|---|
| Jesse Glucksman | Jacquelyn Sara Marrinson |

Proceedings: Arraignment of Defendant and/or　　✓ Assignment of Case　　Appointment of Counsel
　　　　　　　Initial Appearance

* Defendant states true name is the name on the charging document.
* Defendant is arraigned under name on charging document.
* Defendant acknowledges having read the charging document and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the charging document.
* This case is assigned to Judge John F. Walter.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 02/11/2025 8:30 AM
* The government shall turn over all discovery to defense counsel. Judge Walter is located in 7A, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:　PSALA　　　PSAED　　　PSASA　　　Initial Appearance/Appointment of Counsel: 00 : 00
　✓ USMLA　　　USMED　　　USMSA
　　Statistics Clerk　　　　　Interpreter　　　　　　Arraignment: 00 : 05
　　CJA Supervising Attorney　Fiscal　　　　　Initials of Deputy Clerk: KH by TRB